**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Robert F. Krysztoforski            CHAPTER 13
       Debtor(s)

BKY. NO. 20-13355 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of FREEDOM MORTGAGE CORPORATION and index same on the master mailing list.

                              Respectfully submitted,

*/s/Rebecca A. Solarz*

Rebecca Solarz
14 Oct 2020, 16:08:10, EDT

            KML Law Group, P.C.
            701 Market Street, Suite 5000
            Philadelphia, PA 19106-1532
            (215) 627-1322