# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 20-13355-MDC

ROBERT  F KRYSZTOFORSKI

10 PLUMBRIDGE DRIVE

LEVITTOWN, PA 19056

    Debtor

## **CERTIFICATE OF SERVICE**

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    ROBERT  F KRYSZTOFORSKI

    10 PLUMBRIDGE DRIVE

    LEVITTOWN, PA 19056

Counsel for debtor(s), by electronic notice only.

    BRAD J. SADEK ESQ
    SADEK LAW OFFICE
    1315 WALNUT STREET #502
    PHILADELPHIA, PA 19107-

                                                      /S/ William C. Miller

Date: 12/21/2020                              _____

                                                      William C. Miller, Esquire
                                                      Chapter 13 Standing Trustee