Certificate Number: 03088-PAE-DE-037830145

Bankruptcy Case Number: 20-13355



03088-PAE-DE-037830145

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 7, 2023, at 8:46 o'clock AM CDT, Robert Krysztoforski completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:    October 7, 2023                         By:      /s/Doug Tonne

                                                 Name:  Doug Tonne

                                                 Title:    Counselor