B2830 (Form 2830)

## L.B.F. 4004-3B

### IN THE UNITED STATES BANKRUPTCY COURT

Eastern _____ **District Of** Pennsylvania _____

**In re** Robert F Krysztoforski _____         **Case No.** 20-13355-mdc _____

**Debtor**

## CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)

*Part I. Certification Regarding Domestic Support Obligations (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

❑    I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

☒    I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II. If you checked the second box, you must provide the information below.*

My current address:

## 3238 Fordham Rd

## 3238 Fordham Rd

My current employer and my employer's address:

Children's Hospital of Philadelphia, 3104 Civic Center Blvd, Phila Pa 19104

Children's Hospital of Philadelphia, 3104 Civic Center Blvd, Phila Pa 19104

B2830 (Form 2830)

*Part III.  Certification Regarding Section 522(q) (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

☒      I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1)  in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $189,050* in  value in the aggregate.

❑      I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $189,050* in  value in the aggregate.

*Part IV.  Debtor's Signature*

     I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

           10/6/23

Executed on _____

         Date

*Robert Krysztoforski*
Robert Krysztoforski (Oct 6, 2023 13:57 EDT)

      Debtor

*\* Amounts are subject to adjustment on 4/01/25, and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*